BTXN 138 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Harry Neal McMillan

                    Debtor(s)

Sun River Energy, Inc.
                    Plaintiff(s)
  vs.
Harry Neal McMillan et al.
                    Defendant(s)

Sun River Energy, Inc.
                    Plaintiff(s)
  vs.
Harry Neal McMillan, Cicerone Corporate Development, LLC, CE McMillan Family Trust and JH Brech, LLC
                  Defendant(s)

Case No.:   11-47029-dml7
Chapter No.:   7

Adversary No.:   12-04012-dml

Civil Case No.:

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- [x] Two copies of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case)
  **NOTE**: A Status Conference has been set for <u>August 29, 2013</u> at <u>1:30 P.M.</u>, in <u>Room 128 US Courthouse, 501 W. Tenth Street, Fort Worth, TX 76102</u> before U.S. Bankruptcy Judge <u>D. Michael Lynn</u>. The movant, respondents or other affected parties are required to attend the Status Conference.

- [ ] Two copies of: <u>Response to Motion for Withdrawal of Reference</u>.

**TO ALL ATTORNEYS:** F.R.C.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.


DATED: 8/1/13

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/ S Maben, Deputy Clerk

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Harry Neal McMillan<br><br>Sun River Energy, Inc.<br><br>vs.<br>Harry Neal McMillan et al. | Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | § § § § § § § § § |

Case No.: 11-47029-dml7
Chapter No.: 7

Adversary No.: 12-04012-dml

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFF**
Sun River Energy, Inc.

**DEFENDANT**
Harry Neal McMillan, Cicerone Corporate Development, LLC, CE McMillan Family Trust and JH Brech, LLC

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
James Austen Hunter
Hunter & Kmiec
150 East 44th Street, No. 9A
New York, NY 10017
(646) 666-0122
Fax : (646) 462-3356
hunter@hunterkmiec.com

Keenan Douglas Kmiec
Hunter & Kmiec
235 Main St., No. 224
Venice, CA 90291
(917) 859-7970
Fax : (646) 462-3356
kmiec@hunterkmiec.com

Stuart J. Newsome
Sun River Energy, Inc.
5646 Milton Street, Suite 130
Dallas, Texas 75206
Tel: (214) 369-7300
Fax: (214) 369-7301

James E. Pennington
Sun River Energy, Inc.
5950 Berkshire Lane, #1650
Dallas, TX 75225
214-369-7300
214-369-4301

Attorney's (If Known)
Christian C. Onsager
Onsager Staelin Guyerson, LLC
1873 S. Bellaire St., # 1401
Denver, CO 80222
303-512-1123
303-512-1129-fax
consager@osglaw.com

Lynette R. Warman
Hunton & Williams
1445 Ross Avenue, Suite 3700
214-468-3393
lwarman@hunton.com

Caroline R. Pennick
Hunton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
214-979-3091
214-979-3962-fax

## II. BASIS OF JURISDICTION

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
◉ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. NATURE OF SUIT

○ 422 Appeal 28 USC 158     ◉ 423 Withdrawal 28 USC 157     ○ 890 Other Statutory Actions

## V. ORIGIN

◉ 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 USC 157

Brief description of cause:
Withdrawal of Reference

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                          Docket Number:

DATED: 8/1/13                    FOR THE COURT:
                                 Tawana C. Marshall, Clerk of Court
                                 by: /s/S Maben, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# WITHDRAWAL OF REFERENCE SERVICE LIST

## Transmission of the Record

BK Case No.: 11-47029-dml7

Adversary No.: 12-04012-dml

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: D. Michael Lynn
    Kevin Lewis, Law Clerk
    Sandy Maben ECRO
    Attorney(s) for Appellant
    US Trustee

**Plaintiff** Sun River Energy, Inc.

James Austen Hunter
Hunter & Kmiec
150 East 44th Street, No. 9A
New York, NY 10017
(646) 666-0122
Fax : (646) 462-3356
hunter@hunterkmiec.com

Keenan Douglas Kmiec
Hunter & Kmiec
235 Main St., No. 224
Venice, CA 90291
(917) 859-7970
Fax : (646) 462-3356
kmiec@hunterkmiec.com

Stuart J. Newsome
Sun River Energy, Inc.
5646 Milton Street, Suite 130
Dallas, Texas 75206
Tel: (214) 369-7300
Fax: (214) 369-7301

James E. Pennington
Sun River Energy, Inc.
5950 Berkshire Lane, Suite 1650
Dallas, TX 75225
214-369-7300
214-369-4301

**Defendant**   Harry Neal McMillan

Christian C. Onsager
Onsager Staelin Guyerson, LLC
1873 S. Bellaire St., # 1401
Denver, CO 80222
303-512-1123
303-512-1129-fax
consager@osglaw.com

Lynette R. Warman
Hunton & Williams
1445 Ross Avenue, Suite 3700
214-468-3393
lwarman@hunton.com

Caroline R. Pennick
Hunton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
214-979-3091
214-979-3962-fax


**Defendant**   Cicerone Corporate Development, LLC

Christian C. Onsager
Onsager Staelin Guyerson, LLC
1873 S. Bellaire St., # 1401
Denver, CO 80222
303-512-1123
303-512-1129-fax
consager@osglaw.com

Lynette R. Warman
Hunton & Williams
1445 Ross Avenue, Suite 3700
214-468-3393
lwarman@hunton.com

Caroline R. Pennick
Hunton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
214-979-3091
214-979-3962-fax

**Defendant**  CE McMillan Family Trust

Christian C. Onsager
Onsager Staelin Guyerson, LLC
1873 S. Bellaire St., # 1401
Denver, CO 80222
303-512-1123
303-512-1129-fax
consager@osglaw.com

Lynette R. Warman
Hunton & Williams
1445 Ross Avenue, Suite 3700
214-468-3393
lwarman@hunton.com

Caroline R. Pennick
Hunton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
214-979-3091
214-979-3962-fax


**Defendant**  JH Brech, LLC